**Opinion filed April 7, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00084-CR

_____

## IN RE DONNY-JOE CURRY

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

Relator, Donny-Joe Curry, has filed a pro se petition for common-law writ of mandamus in this court. He requests that we require Lacey Hansen, the district clerk of the 259th District Court, to perform certain ministerial duties, such as filing his "twenty one (21) page equity filing" and making copies. Relator asserts that the district clerk has failed to perform these and other duties. We dismiss Relator's petition for want of jurisdiction.

A court of appeals has no jurisdiction to issue a writ of mandamus against a district clerk unless necessary to enforce the jurisdiction of the court of appeals. *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). Relator has not shown that a writ of mandamus directed to the district

clerk is necessary to enforce our jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the district clerk.

Relator's petition for common-law writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

April 7, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.